☒ FILED   ☐ LODGED

**Oct 03 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Kevin Lamont Harris,<br><br>          Defendant. | 25-mj-03252-N/A<br><br>NOTICE OF VIDEO DEPOSITION<br>HEARING AS TO DATE, TIME<br>AND LOCATION |

PLEASE TAKE NOTICE that the video deposition of Benjamin Gomez-Valencia is currently scheduled for Tuesday, October 28, 2025, starting at 1:00 p.m., in Suite 4700, Grand Jury Room, 4th floor of the United States District Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

DATED October 3, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means dated, October 3, 2025 to:

All ECF Participants.